IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED at 4:46 P.M. Oct. 17, 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:08-CR-38 (WLS) |
| | : | |
| ROBERT HERRING | : | VIOLATIONS: 50 U.S.C. § 1705 i/c/w |
| | : | 31 C.F.R., Part 560.204 |
| | : | |
| _____ | : | **INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(VIOLATION OF THE INTERNATIONAL EMERGENCY ECONOMICS POWERS ACT)

From on or about June 20, 2007 through on or about October 25, 2007, in the Albany Division of the Middle District of Georgia,

ROBERT HERRING

did knowingly and willfully attempt to sell two WH330 Offshore Jack Drilling Rigs to a company located in the Republic of Iran, without having first obtained the necessary license and authorization from the Office of Foreign Asset Control, all in violation of Title 50, United States Code, Section 1705 in connection with the Iranian Transactions Regulations, 31 Code of Federal Regulations, Part 560. 204.

This the 17th day of October, 2008.

MAXWELL WOOD
UNITED STATES ATTORNEY

BY: *Tracia M. King*
TRACIA M. KING
SPECIAL ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NUMBER NO. 421380

BY: *Jim Crane*
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 193-275